**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 11-2203**

_____

MICHAEL A. SCOTT,

            Plaintiff - Appellant,

      v.

CITY OF NORFOLK; REGINA V.K. WILLIAMS; BERNARD A. PISHKO; K.
HANNAN; S. MICHAEL; E. ZYSK,

            Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern
District of Virginia, at Norfolk.   Raymond A. Jackson, District
Judge.  (2:10-cv-00611-RAJ-DEM)

_____

Submitted:  February 14, 2012      Decided:  February 23, 2012

_____

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Michael A. Scott, Appellant Pro Se.  Melvin Wayne Ringer, CITY
ATTORNEY'S OFFICE, Norfolk, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael A. Scott appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Scott v. City of Norfolk, No. 2:10-cv-00611-RAJ-DEM (E.D. Va. Sept. 30, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED